STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: (415) 436-6996
Facsimile: (415) 436-6748
benjamin.wolinsky@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL INGELLIGENCE AGENCY; U.S. DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; U.S. DRUG ENFORCEMENT ADMINISTRATION; U.S. DEPARTMENT OF STATE; U.S. DEPARTMENT OF DEFENSE; U.S. NORTHERN COMMAND; and U.S. DEFENSE INTELLIGENCE AGENCY, <br><br> Defendants. | Case No. 3:20-cv-06641-WHA <br><br> **JOINT STATUS REPORT; [PROPOSED] ORDER** <br><br><br> Action filed: September 22, 2020 <br> Trial date: None set. |

**JOINT STATUS REPORT**

On November 10, 2021, the parties filed their joint response and proposed schedule. *See* ECF 48. In it, they committed to: (i) meet and confer about the asserted exemptions; and (ii) provide the Court with a status report by December 23, 2021.

As of today, the parties have narrowed the remaining exemption issues to those asserted in four records produced from the Department of State. In light of the parties' substantial progress and efforts to date, the parties wish to continue discussions over the coming month, with the goal that they resolve the remaining issues in this case without further assistance from the Court.

Thus, the parties propose to file a status report by February 10, 2022, which will include an update on their efforts and a proposed schedule, if any is warranted, for motion practice.

Dated: December 23, 2021

Respectfully submitted,
STEPHANIE M. HINDS
Acting United States Attorney

By: /s/ *Benjamin J. Wolinsky*
BENJAMIN J. WOLINSKY
Assistant United States Attorney

Attorneys for Defendants[1]

Dated: December 23, 2021

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: /s/ *Sam F. Cate-Gumpert*
SAM F. CATE-GUMPERT

Attorneys for Plaintiff

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that Plaintiff consented to its filing.

## **[PROPOSED] ORDER**

The Court, having considered the parties' proposal and finding good cause, hereby ORDERS that:

1. The parties continue to meet and confer about the asserted exemptions; and

2. The parties file a joint status report by February 10, 2022.

IT IS SO ORDERED.

Dated: _____

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE