United States District Court
Northern District of California

1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7

8                         NORTHERN DISTRICT OF CALIFORNIA

9

10   THE CENTER FOR INVESTIGATIVE
     REPORTING,
11                                                   No.  C 20-6641 WHA

              Plaintiff,
12

          v.
13
                                                     **ORDER RE JOINT STATUS**
     CENTRAL INTELLIGENCE AGENCY;                    **REPORT**
14   U.S. DEPARTMENT OF JUSTICE;
     FEDERAL BUREAU OF
15   INVESTIGATION; U.S. DRUG
     ENFORCEMENT ADMINISTRATION;
16   U.S. DEPARTMENT OF STATE; U.S.
     DEPARTMENT OF DEFENSE;
17   NORTHERN COMMAND; and U.S.
     DEFENSE INTELLIGENCE AGENCY,
18
              Defendants.
19

20          The parties in this FOIA action have met and conferred regarding disclosure of the

21   records at issue.  The parties state that they have narrowed the remaining exemption issues to

22   four records (Dkt. No. 49).  The parties wish to continue their discussions to resolve the

23   remaining exemption issues without further assistance from the Court (*ibid.*).

24          The parties may continue their discussions to resolve the remaining issues in this matter.

25   The parties shall please file a joint status report by February 10, 2022, updating the Court as to

26   any remaining issues and, if necessary, a proposed schedule for motion practice.

27

28

1    **IT IS SO ORDERED.**

2

3    Dated:  December 28, 2021.

4

5    _____

6    WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2