UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY; U.S. DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; U.S. DRUG ENFORCEMENT ADMINISTRATION; U.S. DEPARTMENT OF STATE; U.S. DEPARTMENT OF DEFENSE; NORTHERN COMMAND; and U.S. DEFENSE INTELLIGENCE AGENCY,<br><br>Defendants. | No. C 20-6641 WHA<br><br>**FINAL JUDGMENT** |

Because plaintiff has accepted defendants' FRCP 68 offer to allow judgment (*see* Dkt. No. 55), final judgment is hereby entered in favor of plaintiff and against defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 4, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE